### THE NEW JERSEY.

Frank BALDES, Appellant, v. TEXAS COMPANY and Steamship New Jersey, Appellees.

Circuit Court of Appeals, Fifth Circuit. January 15, 1929.

No. 5388.

James E. Rose, of Port Arthur, Tex., for appellant.

F. T. Baldwin and Wm. K. Hall, both of Houston, Tex. (T. J. Lawhon, of Houston, Tex., on the brief), for appellees.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The decree is affirmed.